**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RINAT SABIROV,

        Petitioner,

v.

MR. FLANAGAN, et al.,

        Respondents.

Civil Action No. 13-4422 (SRC)

**MEMORANDUM OPINION**

**and ORDER**

**APPEARANCES:**

Rinat Sabirov
Hudson County Correctional Center
30-35 Hackensack Ave.
Kearny, NJ  07032
    Petitioner pro se

**CHESLER,** District Judge

    Petitioner Rinat Sabirov, an alien confined at Hudson County Correctional Center in Kearny, New Jersey, in connection with removal proceedings, has filed a Petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241.

    It appearing that:

    The filing fee for a petition for writ of habeas corpus is $5.00; and it further appearing that

    Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the

petition is presented for filing; and it further appearing that

Petitioner neither prepaid the filing fee nor submitted an application for leave to proceed in forma pauperis.

IT IS, therefore, on this 14 day of August, 2013,

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this action; and it is further

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form "Affidavit of Poverty and Certification (Habeas Corpus) (DNJ-Pro Se-007-B) (Rev. 09/09)," to be used in any future application to proceed in forma pauperis; and it is further

ORDERED that if Petitioner wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101,

within 30 days after the date of entry of this Order; Petitioner's writing shall include either (1) a complete in forma pauperis application, or (2) the $5 filing fee; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter and shall serve a copy of this Order upon Petitioner by regular U.S. mail.

Stanley R. Chesler
United States District Judge